IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>HEATH JEREMY THOMAS,<br><br>                 Defendant. | 8:17CR162<br><br>**ORDER** |

      This matter is before the court on the motion of Assistant Federal Public Defender John J. Velasquez and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Heath Jeremy Thomas. (Filing No. 71). John J. Velasquez represents that the Office of the Federal Public Defender has a conflict of interest in this matter. John J. Velasquez's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 71) is granted.

      Jessica P. Douglas, 1001 Farnam Street, 3rd Floor, Omaha, NE 68102, (402) 341-0700, is appointed to represent Heath Jeremy Thomas for the balance of these proceedings pursuant to the Criminal Justice Act. John J. Velasquez shall forthwith provide Jessica P. Douglas with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Velasquez which are material to Heath Jeremy Thomas's defense.

      The clerk shall provide a copy of this order to Jessica P. Douglas and the defendant.

**IT IS SO ORDERED.**

Dated this 21st day of April, 2020.

                                                                          BY THE COURT:

                                                                          s/ Susan M. Bazis
                                                                          United States Magistrate Judge